IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOIS WILLIAMS-RAYNOR                                                                PLAINTIFF

v.                                          No. 4:16CV00761 JLH

ARKANSAS DEPARTMENT OF HEALTH;
ABBY HOLT, Section Chief/Health Statistics Division,
in her individual and official capacities;
LYNDA LEHING, Branch Chief/Health Statistics Division,
in her individual and official capacities; and
SUSAN WILEY, Associate Director for Management
and Operations, in her individual and official capacities                           DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Lois Williams-Raynor. The complaint of Lois Williams-Raynor is dismissed with prejudice.

IT IS SO ORDERED this 18th day of September, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE